Theresa Chase, Appellee, v. Blaine H. Tomlin, Appellant.

Gen. No. 9,645.

opinion filed April 12, 1941. Clarence W. Heyl, for appellant; Champion & Gaskins, Edwin V. Champion and F. J. Lee, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

Albert O. Engbert, Executor of Last Will and Testament of Mary Arnold, Deceased, et al., Appellants, v. Samuel Martz, Appellee.

Gen. No. 9,647.

opinion filed April 12, 1941. Ascher & Ellis, for certain appellant; Manus & Manus, for certain other appellant; Hunter & Hunter, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''